UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 5:16-CR-111-8 |
| ) | |
| SANDY DARNELL LEDBETTER ) | |

ORDER TO EXCUSE ATTENDANCE OF WITNESS
UNTIL SEPTEMBER 7, 2017

IT IS HEREBY ORDERED, for good cause shown, that Jalissa Hall is excused from attending this trial until 3:00 p.m. on September 7, 2017.

This the __31__ day of August, 2017.

_____
Honorable James C. Dever, III
Chief United States District Judge
Eastern District of North Carolina