# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## CASE NUMBER: 5:16-CR-111-8D

**UNITED STATES OF AMERICA**

    **VS.**                                            **ORDER**

**SANDY DARNELL LEDBETTER**

IT IS HEREBY ORDERED that the following Government Exhibits be returned to  TFO Timothy Thomas  and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Crate |
| 4 | Box with 7 kilograms of powder cocaine |
| 6 | Box of kilo wrappings |
| 30 | 1B70 MDMA |
| 31 | 1B71 MDMA |
| 33 | Springfield armory .40 cal |
| 34 | Magazine and bullets from gun |
| 35 | Holster |
| 37 | S&W .45 mag 2 - kitchen cabinet |
| 39 | Box of .40 PMC ammo |
| 41 | Mag black - S&W .40 in S&W gun box |
| 43 | Bag of Pyrex with residue |
| 46 | Scale with cocaine residue |
| 48 | Money counter |
| 50 | Money from defendant's person $399 |

| 52 | $14,000.00 |
| 70 | 2/4/2015 traffic stop S&W .40 cal |
| 71 | 2/4/2015 traffic stop S&W magazine |
| 72 | 2/4/2015 traffic stop Winchester bullets |

THIS 11th DAY OF SEPTEMBER, 2017.

AGENT

JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE