IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:16-CR-00111-D-8
(FOURTH CIRCUIT APPEAL NO. 18-4000)

UNITED STATES OF AMERICA

vs.

SANDY DARNELL LEDBETTER,
Defendant/Appellant.

**ORDER ALLOWING MOTION
TO UNSEAL DOCUMENTS
FOR PURPOSES OF APPEAL**

FOR GOOD CAUSE SHOWN, the defendant's motion to unseal the objections to the presentence report [DE 417] and [DE 418], sealed final draft of the presentence report [DE 431], sentencing memorandum [DE 440] and statement of reasons is ALLOWED and GRANTED and the Clerk is directed to provide appellate counsel, W. H. Paramore, III, with a copy of these documents forthwith and appellate counsel is directed to include these items, as required, in the sealed volume of the Joint Appendix submitted to the Fourth Circuit Court of Appeals.

It is hereby Ordered and Directed.

Entered at Chambers, this the __21__ day of __March__, 2018.

_____
The Honorable James C. Dever, III
Chief United States District Court Judge