IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cr-00111-D-8

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) **ORDER ON MOTION TO WITHDRAW** |
| | ) |
| SANDY DARNELL LEDBETTER. | ) |

Pursuant to Local Civil Rule 5.2, the motion to withdraw is hereby GRANTED and counsel's appearance for Sandy Darnell Ledbetter .("Client") in this action is terminated.

With regard to Client's continued representation, the court ORDERS as follows:

✓ For individual parties: Within 21 days of the filing date of this order, Client must file a notice of self-representation or cause new counsel to file a notice of appearance.

___ For entity parties: Within 21 days of the filing date of this order, Client must cause new counsel to file a notice of appearance. Pursuant to Local Civil Rule 5.2(b)(2), no corporation, limited liability company, partnership, trust, or association may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

**A party that fails to file a notice of self-representation or cause new counsel to file a notice of appearance may be subject to sanctions, including but not limited to dismissal or default judgment. A self-represented party is responsible for being familiar and complying with all applicable rules and pending deadlines in this action.**

SO ORDERED. This **29** day of **March**, **2022**.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE